Form ntcpfm

# THE UNITED STATES BANKRUPTCY COURT
## For the Eastern District of Texas
## Sherman Division

**IN RE:**
Alfredo Bala
2737 Huntly Lane
Flower Mound, TX 75022
Social Security No.:
xxx−xx−9517

Johana Gil
2737 Huntly Lane
Flower Mound, TX 75022
Social Security No.:
xxx−xx−8537

Debtor(s)

**Case No.:** 20−42178 BTR
**Chapter:** 11

### Notice to Individual Debtor(s) Regarding Submission of Documents Required for Entry of Discharge

Upon review of the Court's docket in the above−referenced case, the Clerk notes that the following required documents have yet to be filed with the Court:

* Certification of Completion of Instructional Course Concerning Personal Financial Management (Form 423)

In a chapter 7 case, the debtor shall file the certification within 60 days after the first date set for the meeting of creditors under §341 of the Code, and in a chapter 11 or 13 case no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under §1141(d)(5)(B) or §1328(b) of the Code. Fed. R. Bankr. P. 1007(c).

A list of approved personal financial management course providers may be obtained at http://www.justice.gov/ust. Select Credit Counseling & Debtor Education and then select Approved Debtor Education Providers from the list of menu options.

**NOTICE: The failure of an individual to provide this document will result in the closing of the case without a discharge unless the statement is filed within the applicable time limit under Rule 1007(c). All forms can be found at the Court's website http://www.txeb.uscourts.gov or at the Clerk's offices between the hours of 8:00 am and 4:00 pm.**

Dated: 11/26/20

Jason K. McDonald, Clerk

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 20-42178-btr |
| Alfredo Bala | Chapter 11 |
| Johana Gil | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 26, 2020 | Form ID: ntcpfm | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alfredo Bala, Johana Gil, 2737 Huntly Lane, Flower Mound, TX 75022-5193 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Pingora Loan Servicing LLC edecf@BDFGROUP.com, marshak@bdfgroup.com |
| Eric A. Liepins | on behalf of Debtor Alfredo Bala eric@ealpc.com martha@ealpc.com;r56883@notify.bestcase.com |
| Eric A. Liepins | on behalf of Joint Debtor Johana Gil eric@ealpc.com martha@ealpc.com;r56883@notify.bestcase.com |
| Laurie A. Spindler | on behalf of Creditor Northwest ISD laurie.spindler@lgbs.com Dora.Casiano-Perez@lgbs.com |
| Tara LeDay | on behalf of Creditor Denton County tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 26, 2020 | Form ID: ntcpfm | Total Noticed: 1 |

Timothy W. O'Neal        on behalf of U.S. Trustee US Trustee Timothy.W.O'Neal@USDOJ.GOV USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 6