IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALFREDO BALA & JOHANA GIL, | § | CASE NO. 20-42178-BTR-11 |
| DEBTORS. | § | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Santander Consumer USA, Inc. dba Chrysler Capital ("Santander"), and hereby certifies that Alfredo Bala & Johana Gil ("Debtors") have defaulted under the terms of the confirmed Chapter 11 Plan regarding the 2017 Dodge Ram 1500, Vehicle Identification Number 1C6RR7YT7HS850560 due to the following facts:

2. Per the confirmed Chapter 11 Plan, Debtors were to make payments of $728.41 per month until the account was paid in full per the terms of the Contract. Failure to remain current on payments to Santander required a ten (10) day cure letter which was sent to Debtors and Debtors' attorney on August 11, 2023. As of the filing of this Notice, Debtors have not brought the account current.

3. Therefore, pursuant to the default provisions of the Chapter 11 Plan, Debtor is in final default with respect to Santander Consumer USA, Inc. dba Chrysler Capital and the 2017 Dodge Ram 1500.

Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, Texas 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR SANTANDER
CONSUMER USA, INC. DBA
CHRYSLER CAPITAL

# CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing Notice of Termination of Automatic Stay was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Alfredo Bala & Johana Gil
2737 Huntly Lane
Flower Mound, TX 75022

and by ELECTRONIC FILING on:

Eric Liepins
12770 Coit Rd., Suite 850
Dallas, TX 75251

Office of the US Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

on August 25, 2023.

                /s/ Stephen G. Wilcox
                Stephen G. Wilcox

8323-00604-568642