**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 20-42178** |
| **ALFREDO BALA** | § | |
| **JOHANA GIL** | § | **CHAPTER 11** |
| **DEBTOR(S)** | § | |
| | § | |
| | § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

1.      An Agreed Order Modifying Automatic Stay was entered with the Court (the "Agreed Order").

Debtor(s) has failed to comply with the terms of the Agreed Order and Debtor(s) was notified of the default pursuant

to the terms of the Agreed Order.  Debtor(s) has defaulted under the Order for the third time.

2.      In accordance with the Agreed Order, the automatic stay has been terminated with respect to Nissan

Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation, its successors and/or assigns.

Respectfully submitted,
Bonial & Associates, P.C.

 /s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
Attorneys and Counselors
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for Nissan Motor Acceptance Company LLC
fka Nissan Motor Acceptance Corporation

4381-N-1762

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 19th day of September 2023:

Debtor                    *Via U.S. Mail*
Alfredo Bala
2737 Huntly Lane
Flower Mound, TX 75022

Debtor                    *Via U.S. Mail*
Johana Gil
2737 Huntly Lane
Flower Mound, TX 75022

Debtor's Attorney
Eric A. Liepins
Attorney At Law
12770 Coit Road, Suite 850
Dallas, TX  75251

US Trustee
Office of the U.S.Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702

Affirm Inc
650 California St., Fl. 12
San Francisco, CA 94108

American Express
PO Box 650448
Dallas, TX 75265

American Express Travel Related Services Company, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Aqua Financial
1 Corp Dr. Ste. 200
Wausau, WI 54401

Capital One/Walmart
P.O. Box 60519
City of Industry, CA 91716-0590

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

CitiCards CBNA
P.O. Box 6241
Sioux Falls, SD 57117

CitiCards CBNA American Airlines
P.O. Box 183015
Columbus, OH 43128-3015

Credit One Bank NA
P.O. Box 98875
Las Vegas, NV 89193

Tara LeDay
Chamberlain Hrdlicka
1200 Smith Street, 14th Floor
Houston, TX 78680

Flagstar Bank
P.O. Box 660263
Dallas, TX 75266-0263

Internal Revenue Services
100 Commerce Street
Mail Code DAL-5027
Dallas, TX 75242

JPMCB Card Services
P.O. Box 15369
Wilmington, DE 19850

JPMCB-Card Services
301 N. Walnut St., Floor 9
Wilmington, DE 19801-3935

JPMorgan Chase Bank, N.A.
P.O. Box 3232
Houston, TX 77253

Laurie A Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207

Tom Sharp
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244

Nissan
PO Box 660577
Dallas, TX 75266-0577

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Abbey Ulsh Dreher
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Road
Suite 100
Addison, TX 75001

Mitchell J. Buchman
Barrett Daffin Frappier Turner & Engel
1900 St. James Place, Suite 500
Houston, TX 77056

Preferred Credit (Rainbow)
P.O. Box 1679
Saint Cloud, MN 56302

 Rooms to Go
11540 Highway 92 East
Seffner, FL 33584

SYNCB/Amazon PLCC
P.O. Box 965015
Orlando, FL 32896-5015

Stephen Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006

David G. Adams
U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400
Dallas, TX 75201

WEBBANK/DFS
1 Dell Way
Round Rock, TX 78682


20-42178                                    /s/ Chandra D. Pryor
                                           Hilary B. Bonial
                                           Chandra D. Pryor